Respondents to Submit Certain Differences between the Parties to Arbitration.— Order so far as appealed from reversed, without costs, and a summary trial directed of the issue as to whether or not the contract exists. No opinion. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property of and Rehabilitate the NEW YORK TITLE AND MORTGAGE COMPANY. In the Matter of the Application of NATHAN GOLDSTONE for an Order Directing the NEW YORK TITLE AND MORTGAGE COMPANY in Rehabilitation to Pay to Petitioner the Sum of $6,500. GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Rehabilitator of NEW YORK TITLE AND MORTGAGE COMPANY, Appellant; NATHAN GOLDSTONE, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property of and Rehabilitate the NEW YORK TITLE AND MORTGAGE COMPANY. In the Matter of the Application of LAURA OSTE and Another, etc., Respondents. GEORGE S. VAN SCHAICK, Superintendent of Insurance, etc., Appellant.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

WILLIAM ROSENBLATT, Respondent, v. VICTOR HOUSE and HENRY F. HOLTHUSEN, Defendants, Impleaded with UNITED STATES TRUST COMPANY OF NEW YORK, as Executor, etc., of GEORGE V. A. McCLOSKEY, Deceased, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MARY CYR and LEONARD CYR, Respondents, v. F. W. WOOLWORTH COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JEAN MAYSOUNABE, Respondent, v. MAURICE GERTNER, Appellant, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

RACHEL VOLK, Respondent, v. WILSON & Co., INC., Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MIRIAM S. ROTHMAN, Respondent, v. ABRAHAM GEVIRTZ and ABRAHAM B. COHN, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JOSEPH P. BARTRAM and RENSSELAER W. BARTRAM, as Executors, etc., of ELEANOR C. BARTRAM, Deceased, Former Trustee, and Another, Appellants, v. HOWARD P. BARTRAM, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., O'Malley, Townley and Glennon, JJ.